IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>NATIONAL GAS & ELECTRIC, LLC<br><br>   Defendant. | Case No. 2:17-cv-04063-RBS |

## AFFIDAVIT OF JAMES EVERETT SHELTON

1. My name is James Everett Shelton, I am over 18 years old, and am the owner of Final Verdict Solutions, and could testify competently to the undersigned statements.

2. My cellular telephone number that was called in connection with this lawsuit, (484) 626-XXXX is the only cellular telephone I own.

3. I've had that number for 3 years.

4. I do not purchase or use telephones for the sole purpose of bringing lawsuits under the TCPA.

5. The telephone number that was called promoting the defendant's services is also the number I use for my business, Final Verdict Solutions.

6. Final Verdict Solutions was registered with the State of Pennsylvania on March 7, 2016.

7. Final Verdict Solutions is in the judgment collection business.

8. As of the date of this affidavit, Final Verdict Solutions has successfully recovered approximately 30 judgments totaling more than $100,000, and has outstanding judgment receivables currently worth more than $600,000.

9. I've taken affirmative steps to reduce the amount of unwanted telemarketing calls I get, including placing my number on the National Do Not Call Registry and informing telemarketing companies on Final Verdict Solutions' website that I do not wish to receive their calls, and if they call me then I intend to pursue my claim against them.

10. Despite these steps, when a telemarketing company illegally contacts me on my phone, I investigate the source of the calls, since many telemarketing companies that make illegal calls don't identify themselves.

11. I am currently in my third year at Case Western Reserve University. When I am attending school, I live in the state of Ohio at the address of 11420 Hessler Road Apt 2, Cleveland OH 44106, and have since August 25, 2017.

12. However, I maintain my permanent residence in King of Prussia, PA.

13. In fact, that's where I resided on August 18, 2017, the date I received the call from the defendant in this action.

14. Confirming my presence in Pennsylvania on that date, I've attached a redacted copy of my credit card statement, which includes purchases I made in Pennsylvania until I left for Ohio on August 25, 2017.

Sworn as true to the best of my knowledge and belief, subject to the penalties of perjury.

DATED: November 20, 2017        _James E. Shelton_
                                JAMES EVERETT SHELTON



Page 1 of 5
Platinum MasterCard Account Ending in 0721
Aug. 06, 2017 - Sep. 05, 2017 | 31 days in Billing Cycle

## Payment Information

**Payment Due Date**
**Oct. 02, 2017**

For online and phone payments, the deadline is 8pm ET.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 13 Years | $5,941 |
| $88 | 3 Years | $3,157 |
| Estimated savings if balance is paid off in about 3 years: $2,784 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary



Available Credit (as of Sep. 05, 2017)

**Rewards Balance**
**656**

Track and redeem your rewards with our mobile app or on www.capitalone.com

| Previous Balance | Earned This Period | Redeemed This Period |
|---|---|---|
| 1,304 | 2,752 | -3,400 |

## Account Notifications

 You are enrolled in AutoPay. You've selected to pay the New Balance shown on this statement, which will be debited from your bank account on your due date. If your payment is more than the current balance on your due date, we will only debit the current balance.

Pay or manage your account on our mobile app or at   www.capitalone.com.    Customer Service: 1-800-955-7070    See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400039

**Pay your bill on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

**Payment Due Date: Oct. 02, 2017**            Account Ending in 0721

    $ _____

JAMES E SHELTON
316 COVERED BRIDGE RD
KING OF PRUSSIA, PA 19406-1778

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

1  5178057768390721  05  2179740808010025006

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

## Changing Mailing Address?

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street..................................................................................................

City.....................................................................................................

State......................................................... Zip code ....................................

Phone..................................................................................................

Email...................................................................................................

**How do I Make Payments**? You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment** ?
- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

## Transactions

Visit www.capitalone.com to see detailed transactions.

**JAMES E SHELTON #O721: Payments, Credits and Adjustments**

| Date | Description | Amount |
|---|---|---|

**JAMES E SHELTON #O721: Transactions**

| Date | Description | Amount |
|---|---|---|
| Aug 15 | APL* ITUNES.COM/BILL866-712-7753CA | $1.37 |
| Aug 16 | MONTGOMERY COUNTY PROT610-278-3897PA | $36.50 |
| Aug 16 | MONTGOMERY COUNTY PROT610-278-3897PA | $26.50 |
| Aug 17 | TREK BICYCLE VALLEY FOWAYNEPA | $27.54 |
| Aug 17 | USPS PO 4160900806KING OF PRUSSPA | $13.81 |
| Aug 17 | FILE & SERVEXPRESS  LL9722155026TX | $7.00 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Aug 20 | UBER   EATS ZBQAI8005928996CA | $16.60 |
| Aug 21 | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $30.12 |
| Aug 22 | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $6.12 |
| Aug 22 | AMERICAN LEGALNET8002932771CA | $0.89 |
| Aug 22 | AMERICAN LEGALNET8002932771CA | $9.95 |
| Aug 22 | AMERICANLEG8002932771CA | $0.08 |
| Aug 22 | AMERICANLEG8002932771CA | $2.25 |
| Aug 24 | TRACKERS RESEARCH06197583552NY | $150.00 |
| Aug 24 | WAWA 8058     00080580KING OF PRUSSPA | $8.72 |
| Aug 24 | MONTGOMERY COUNTY PROT610-278-3897PA | $16.25 |
| Aug 25 | 5-030-WARRENDALEMIDDLETOWNPA | $38.75 |
| Aug 25 | ENTERPRISE RENT-A-CARPHILADELPHIAPA DRIVER: JAMES SHELTON RENTAL#: 748304457 PH#: 800-264-6350 RETURN: 08/25/17  -- CLEVELAND USA | $525.73 |
| Aug 25 | POTBELLY #327CLEVELANDOH | $6.80 |



**Transactions continue on the back of this page**

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ |
| **JAMES E SHELTON #0721: Total** | | **▇▇** |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇ |

### Fees

| Date | Description | Amount |
|---|---|---|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

### 2017 Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged in 2017** | **$0.00** |
| **Total Interest charged in 2017** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 25.90% P | $0.00 | $0.00 |
| Cash Advances | 25.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

300085



**Protect your credit score.**
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text **ONE to 80101** to download the app. Messaging & Data rates may apply.

Rev. 07/2017
BR402832
RV600273
M-122663
201245



| FACTS | WHAT DOES CAPITAL ONE® DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Account transactions and credit card or other debt |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Capital One chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Capital One share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes** – to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | YES | YES |
| **For our affiliates to market to you** | YES | YES |
| **For nonaffiliates to market to you** | YES | YES |

| To limit our sharing | Call us toll free at 1-888-817-2970 and one of our representatives will update your privacy choices.<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. If you're an *existing* customer and have opted out previously, you don't need to update your privacy choices again. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Go to capitalone.com/privacy or capitalone.com/contactus. |



Please Recycle

## Who we are

| | |
|---|---|
| **Who is providing this notice?** | Our affiliates include financial companies with the Capital One, Chevy Chase, Onyx, Paribus, and Greenpoint names, such as Capital One Bank (USA), National Association; and Capital One, National Association. |

## What we do

| | |
|---|---|
| **How does Capital One protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Capital One collect my personal information?** | We collect your personal information, for example, when you:<br>• Open an account or deposit money<br>• Pay your bills or apply for a loan<br>• Use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include financial companies with the Capital One, Chevy Chase, Onyx, Paribus, and Greenpoint names, such as Capital One Bank (USA), National Association; and Capital One, National Association.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include insurance companies, service providers, co-branded partners, retailers, data processors, and advertisers.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include companies such as other banks and insurance companies.* |

## Other important information

**CA and VT Residents:** We will not share your information with companies outside of Capital One, except for our everyday business purposes, for marketing our products and services to you, or with your consent.

**VT Residents only:** We will not disclose credit information about you within or outside the Capital One family of companies except as required or permitted by law.

**NV Residents:** Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 1-888-817-2970. If you would like more information about telemarketing practices, you may contact us at Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 or webinfo@capitalone.com. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 1-702-486-3132; e-mail: BCPINFO@ag.state.nv.us.

**Telephone Communications:** All telephone communications with us or our authorized agents may be monitored or recorded.

© 2017 Capital One. Capital One is a federally registered service mark.