IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-4063 |
| NATIONAL GAS & ELECTRIC, LLC : | |

## **O R D E R**

**AND NOW**, this <u>  5th  </u> day of <u>  April  </u>, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 5), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. BARCLAY SURRICK, J.