IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-4063 |
| NATIONAL GAS & ELECTRIC, LLC | : | |

**ORDER**

AND NOW, this _2nd_ day of _May_ 2019, it is **ORDERED** that an Initial Pretrial Conference will be held on May 16, 2019 at 3:00 p.m. in Chambers (Room 8614). All trial counsel and unrepresented parties shall attend. Counsel participating in the conference must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case. It is further **ORDERED** that no later than four (4) days prior to the Initial Pretrial Conference counsel shall file a Joint Statement which shall advise the Court regarding the date by which the parties anticipate that all discovery will be completed, whether the parties have complied with the disclosure requirements of Fed. R. Civ. P. 26(a)(1), whether settlement negotiations have taken place and, if so, the status of those negotiations, and the names of counsel who will be attending the conference.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.