IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GAS & ELECTRIC, LLC,<br><br>Defendant. | Civil Action No.  2:17-cv-04063-RBS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff James Everett Shelton and Defendant National Gas & Electric ("Defendant"), that this action, inclusive of all claims asserted by Plaintiff individually against Defendant, are dismissed with prejudice, each party bearing its own fees and costs. This dismissal does not affect the claims of any putative class member.

| | |
|---|---|
| Respectfully submitted, | May 14, 2019 |
| PARONICH LAW, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| /s/  Anthony Paronich<br>Anthony Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>617-485-0018<br>anthony@paronichlaw.com<br><br>*Counsel for Plaintiff* | /s/ Ezra D. Church<br>Ezra D. Church<br>Andrew W. Katz<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>215-963-5000<br>ezra.church@morganlewis.com<br>andrew.katz@morganlewis.com<br><br>*Counsel for Defendants* |