# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GAS & ELECTRIC, LLC,<br><br>Defendant. | Civil Action No. 2:17-cv-04063-RBS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff James Everett Shelton and Defendant National Gas & Electric ("Defendant"), that this action, inclusive of all claims asserted by Plaintiff individually against Defendant, are dismissed with prejudice, each party bearing its own fees and costs. This dismissal does not affect the claims of any putative class member.

Respectfully submitted,    May 14, 2019

PARONICH LAW, P.C.    MORGAN, LEWIS & BOCKIUS LLP

/s/ Anthony Paronich    /s/ Ezra D. Church
Anthony Paronich    Ezra D. Church
350 Lincoln Street, Suite 2400    Andrew W. Katz
Hingham, MA 02043    1701 Market Street
617-485-0018    Philadelphia, PA 19103-2921
anthony@paronichlaw.com    215-963-5000
    ezra.church@morganlewis.com
    andrew.katz@morganlewis.com

*Counsel for Plaintiff*

*Counsel for Defendants*

APPROVED BY THE COURT THIS 15th DAY OF May, 2019

R. BARCLAY SURRICK, J.